## LINC CREDIT, LLC *v.* EUGENE AXELROD ET AL.
## (AC 26258)

Schaller, Flynn and Harper, Js.*

Submitted on briefs January 12—officially released February 14, 2006

Per Curiam. The judgment is affirmed.

---

\* The listing of judges reflects their seniority status on this court as of the date of oral argument or the date the appeal was submitted on the briefs.